

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-18-00082-CR

PAUL SALDINO BAILEY, JR., Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 6th District Court
Lamar County, Texas
Trial Court No. 27379

Before Morriss, C.J., Moseley and Burgess, JJ.

ORDER

Paul Saldino Bailey, Jr., appeals from his conviction of aggravated assault with a deadly weapon and the resulting sentence of fifteen years' confinement. Bailey's notice of appeal was filed May 14, 2018. The clerk's record was filed June 25, 2018, and the reporter's record was filed August 1, 2018, making Bailey's brief due August 31, 2018. Counsel is retained.

Efforts by our clerk's office to obtain Bailey's brief and/or a motion to extend the briefing deadline proved unproductive; consequently, we sent a late brief notice to Bailey's counsel, Carl White, on September 21, advising him of the late status of the brief and establishing a new deadline—October 8, 2018—for filing the brief. We also warned White that his failure to file the brief could result in abatement to the trial court for a hearing in accordance with Rule 38.8 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 38.8(b). We have received no response from White to our late brief notice, and we have received neither the appellant's brief nor a motion to extend the deadline for filing that brief.

Because appellant's brief has not been filed and because retained counsel is either unwilling or unable to communicate with this Court, we abate this case to the trial court pursuant to Rule 38.8(b) of the Texas Rules of Appellate Procedure for a status hearing. *See* TEX. R. APP. P. 38.8(b)(2). Specifically, the trial court is directed to determine whether Bailey still desires to prosecute this appeal. Assuming Bailey still desires to prosecute the appeal, the trial court is directed to determine why counsel has not filed the brief, whether the brief can be promptly filed with this Court, whether Bailey is indigent, or, if not indigent, whether retained counsel has abandoned this appeal. *See* TEX. R. APP. P. 38.8(b)(2). The trial court may also address other matters as it deems

2

appropriate, including appointing counsel for Bailey, if he is deemed indigent.  The hearing is to be conducted within fifteen days of the date of this order.

The trial court's findings and recommendations on the issues set forth above shall be entered into the record of the case and presented to this Court in the form of a supplemental clerk's record within fifteen days of the date of the hearing.  *See* TEX. R. APP. P. 38.8(b)(3).  The reporter's record of the hearing shall also be filed with this Court in the form of a supplemental reporter's record within fifteen days of the date of the hearing.  *See id*.

All appellate timetables are stayed and will resume on our receipt of (1) the appellant's brief or (2) the supplemental appellate record.

IT IS SO ORDERED.

BY THE COURT

Date:   October 12, 2018